# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRET HARTE UNION HIGH SCHOOL DISTRICT,<br><br>          Plaintiff,<br><br>     v.<br><br>FIELDTURF, USA, INC., et al.,<br><br>          Defendants.<br>_____ / | Case No. 1:16-cv-00371-DAD-SKO<br><br>**ORDER REGARDING FILING OF NOTICE OF WAIVER** |

The Court is scheduled to hold a settlement conference in this matter on February 1, 2017. The Court DIRECTS the parties to file the attached notice of waiver regarding the disqualification of the undersigned to conduct the settlement conference in this matter, if they so choose, by no later than December 30, 2016.  *See* Local Rule 270(b).  If the parties do not file this notice by December 30, 2016, the settlement conference may be continued and re-scheduled before another judicial officer.

IT IS SO ORDERED.

Dated:   **December 16, 2016**                           /s/ *Sheila K. Oberto*
                                                                            UNITED STATES MAGISTRATE JUDGE