# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRET HARTE UNION HIGH SCHOOL DISTRICT, | Case No. 1:16-cv-00371-DAD-SKO |
| Plaintiff, | **ORDER DIRECTING CLERK TO CLOSE CASE** |
| v. | **(Doc. 20)** |
| FIELDTURF, USA, INC., et al., | |
| Defendants. | |

On February 23, 2017, the parties filed a joint Stipulation for Dismissal of Complaint, with Prejudice, in which the parties notify the Court that the Complaint in this matter may "be dismissed, in its entirety, and as to all [D]efendants, with prejudice." (Doc. 20 (emphasis omitted).) This stipulation is signed by all parties that have appeared in this action. (*See id.* at 2–3.) Accordingly, the parties have voluntarily dismissed this matter in its entirety and with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court therefore DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated: **May 9, 2017**          /s/ *Sheila K. Oberto*
                                UNITED STATES MAGISTRATE JUDGE